UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P160-S

**JOHN ROBERT EDWARDS, JR.**                                  **PLAINTIFF**

**v.**

**ARAMARK CORRECTIONAL SERVICES** *et al.*            **DEFENDANTS**

**ORDER**

        For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

        **IT IS ORDERED** that Plaintiff's claims against Aramark Correctional Services and Steve Haney under 42 U.S.C. § 1983 are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  Plaintiff's state-law claim against Craig Hughes also is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3) because the Court declines to exercise supplemental jurisdiction over the claim.

        There being no just reason for delay in its entry, this is a final Order.

        This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:       Plaintiff Edwards, *pro se*
            Defendants
4411.010